UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cr-00144-JPH-KMB |
| | ) | |
| DEREK ALLEN RASH, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court

**ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and

all findings therein, dkt. [48].  The Court now **ORDERS** that Derek Allen Rash's

supervised release is therefore **REVOKED**, dkt. [38], and Mr. Rash is sentenced

to the custody of the Attorney General or her designee for 1 year and 1 day

imprisonment and 5 years of federal supervision to follow.  The Court

recommends placement at Terre Haute, if such is deemed to be an appropriate

facility by the Bureau of Prisons.  The Court orders that Mr. Rash's revocation

parameters and conditions of release, as applicable, be amended to include

that he can reside in a residential reentry facility for up to 180 days and that

he must abide by facility rules at all times.

**SO ORDERED.**

Date: 5/8/2025

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C