UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cr-00144-JPH-KMB |
| | ) | |
| DEREK ALLEN RASH, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court

**ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and

all findings therein, dkt. [64]. The Court now **ORDERS** that Derek Allen Rash's

supervised release is therefore **REVOKED**, dkt. [57], and Mr. Rash is sentenced

to the custody of the Attorney General or his designee for imprisonment of 6

(six) months with 5 (five) years of federal supervision to follow. The Court

recommends placement at FCI Pekin (Illinois), if such is deemed to be an

appropriate facility by the Bureau of Prisons.

In addition to mandatory conditions of supervision, the following

conditions of supervised release are imposed:

1. You shall report to the probation office in the federal judicial district to

   which you are released within 72 hours of release from the custody of the

   Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency

   directed by the court or probation officer.

1

3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10.    You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11.    You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

12.    You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

Justification: Conditions 1-12 are considered administrative in nature and will enable the probation officer to effectively supervise the offender within the community.

13.    You shall not use or possess alcohol.

14.    You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

15.    You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report

3

and available evaluations to the treatment provider, as approved by the probation officer.

16.    You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

17.    You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

18.    You shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer. The treatment provider should determine the type and timing of such polygraph examinations. The court authorizes the release of the presentence report and available psychological evaluations to the treatment provider, as approved by the probation officer.

Justification: Conditions 13-18 are recommended to address the offender's history of substance abuse, mental health, and sexual

deviance. These conditions are also intended to assist in relapse prevention and protection of the community.

19.     You shall not possess any child pornography or visual depictions of child erotica or nude minors. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer.

Justification: Due to the nature of Mr. Rash's past sexual deviance, this condition is needed to support the goals of sex offender treatment.

20.     You shall not knowingly use the Internet, or visit any websites, to view material depicting sexually explicit conduct or nudity. Justification: Due to the nature of Mr. Rash's ongoing violations of supervised release, this condition is necessary to support the goals of sex offender treatment. Mr. Rash admits he has a pornography addiction and his conduct while on supervision demonstrates he is not able to control his impulses. This condition is also recommended and supported by his treatment provider.

21.     You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and

5

may not access or use any undisclosed equipment. Justification: Due to the nature of Mr. Rash's past sexual deviance and noncompliance, this condition is needed to support the goals of sex offender treatment and ensure protection of the community.

22.     You shall pay the costs associated with the following imposed condition of supervised release, to the extent you are financially able to pay: substance abuse testing/treatment, mental health treatment, sex offender assessment/ treatment, Internet monitoring, and polygraph examinations. The probation officer shall determine your ability to pay and any schedule of payment. Justification: This will ensure the offender is invested in his own treatment and rehabilitation.

23.     As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

24.     You shall not have unsupervised meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have supervised meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or

supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision. Justification: Due to the nature of the offense and the offender's history, this condition is recommended to protect society.

25.     You shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, intentional communications, activities, or visits with minors except as disclosed to the probation officer and approved by the court.

26.     You shall not enter or remain at a place for the primary purpose of observing or contacting children under the age of eighteen. You shall not loiter in public restrooms or around any places where minors congregate.

27.     You shall not participate in unsupervised meetings, intentional communications, activities, or visits with persons you know to be a registered sex offender or to have been convicted of a felony sex offense involving an adult or minor, including any child pornography offense, except as disclosed to the probation officer and approved by the court. This condition is not intended to prevent you from participating in treatment programs or religious services with felons in such programs/services so long as the activity has been disclosed as described above. Justification: Due to the nature of the offense, this condition is recommended to protect society and reduce the risk of recidivism.

Justification: Conditions 23-27 will reduce the risk to the community posed by the offense of conviction, as well as the offender's personal history and characteristics.

28.     You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution. Justification: This condition will assist the probation officer in assessing the offender's ability to pay for treatment services.

29.     You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer. Justification: This condition will help ensure that monetary penalties remain a priority to the defendant.

30.     You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn

8

other occupants these locations may be subject to searches.

Justification: Due to the nature of the instant offense, as well as the offender's history and noncompliance on supervision, this condition is necessary to ensure the protection of the community by allowing the probation officer to investigate any reasonable suspicion the offender is engaging in criminal behavior.

31.     You shall reside in a residential reentry center for a term of up to 6 months. You shall abide by the rules and regulations of the facility.

Justification: Due to the defendant's instability and history of noncompliance with supervision, this condition is in the defendant's best interest to provide stable housing and additional accountability and resources.

**SO ORDERED.**

Date: 6/25/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C

9